# Notice Recipients

District/Off: 0315−1     User: aala     Date Created: 9/30/2019
Case: 18−11317−TPA     Form ID: 129     Total: 3

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Joseph B. Spero | sperolaw@neohio.twcbc.com |
| aty | Jeffrey G. Herman | JeffreyHerman@Live.com |
| aty | Joseph B. Spero | sperolaw@neohio.twcbc.com |

TOTAL: 3